

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**NANCY J. ROSENSTENGEL**
**CLERK OF COURT**

**TEL: 618.482.9371**
**FAX: 618.482.9383**

**OFFICE OF THE CLERK**
**750 MISSOURI AVENUE**
**EAST ST. LOUIS, ILLINOIS 62201**

# NOTICE OF THE FILING OF A NOTICE OF APPEAL

Re:  Ruppel v. A.O.Smith Corporation, et al.
     12-293-GPM-SCW

The attached copy of the notice of appeal is being sent to all parties pursuant to Federal Rule of Appellate Procedure 3(d).  The record on this appeal is due to be prepared on or before **June 4, 2012**.

You should consult the Federal Rules of Appellate Procedure and the Circuit Rules of the United States Court of Appeals for the Seventh Circuit concerning the record on appeal, the appeal fee, the docketing statement, and other procedural requirements for perfecting the appeal.

Circuit Rule 10(a) provides that the entire record (except for certain pleadings listed in the rule) be forwarded to the Court of Appeals.  If any of the automatically excluded items need to be included in the record, the appellant has **14 days** from the filing of the notice of appeal to inform the district court clerk by **specifying which items are required and the date on which they were filed**. Please respond by e-filing or by mail (if pro se) to the following office location:

☐  U.S. Clerk's Office
   301 West Main Street
   Benton, IL 62812
   Ph: (618) 439-7760

☒  U.S. Clerk's Office
   750 Missouri Avenue
   P. O.  Box 249
   East St. Louis, IL 62202
   Ph: (618) 482-9371

Counsel must ensure that exhibits to be included in the record which are not in the possession of the district court are furnished to the clerk of the district court within **14 days** after the notice of appeal is filed.

      Federal Rule of Appellate Procedure 10(b) requires that within **14 days** of the filing of the notice of appeal, the appellant must order **from the court reporter** a transcript of the parts of the proceedings not already on file which are necessary for the record. If the appellant orders less than the entire transcript, the appellant must file and serve on the appellee a description of the parts ordered. When this is done, the appellee has **14 days** after service within which to order any additional parts of the transcript. A blank "Seventh Circuit Transcript Information Sheet" is attached. This form should be used when ordering transcripts or certifying that none will be ordered.

                                        NANCY J. ROSENSTENGEL, Clerk of Court


                                    By: *s/ Lisa M. Braun*
                                          Deputy Clerk


cc:     Court Reporter