IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HENRY RUPPEL,              )<br>                                            )<br>            Plaintiff,             )<br>                                            )<br>vs.                                     )<br>                                            )<br>A.O. SMITH CORPORATION, et al.  )<br>                                            )<br>            Defendants.         )  | Case No. 3:12-cv-00293-DGW-SCW<br>Civil No. 12-L-0218<br>Judge: Hon. Donald G. Wilkerson |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, by their respective counsel, that the above-entitled action be dismissed with prejudice as to Defendant GENERAL ELECTRIC COMPANY, only, and with each party to bear its own costs.

NAPOLI BERN RIPKA SHKOLNIK, LLP          ARMSTRONG TEASDALE LLP

By: */s/ Steven M. Aroesty*
    Steven M. Aroesty,
    103 W. Vandalia St., Suite 125
    Edwardsville, IL 62025
    (618) 307-4528
    SAroesty@NapoliBern.com

ATTORNEYS FOR PLAINTIFF

By: *Raymond R. Fournie*
    Raymond R. Fournie,
    Anita M. Kidd,
    7700 Forsyth Blvd., Suite 1800
    St. Louis, MO  63105
    (314) 621-5070
    (314) 621-5065 (facsimile)

ATTORNEYS FOR DEFENDANT
GENERAL ELECTRIC COMPANY

## ORDER

This cause coming on before the Court and the Court being fully advised of the premises,

IT IS HEREBY ORDERED that the above action be, and the same is hereby dismissed with prejudice as to Defendant GENERAL ELECTRIC COMPANY, only.  Each party to bear its own costs.

**SO ORDERED:**

**Date:** _____     _____
                                                                            **JUDGE**