# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Henry Ruppel
*Plaintiff(s)*

v.

Case Number: 12-293-DGW-SCW

A.O. Smith Corporation
*Defendant(s)*

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 450          DOCUMENT TITLE: Stipulation of Dismissal

One of the following errors/deficiencies has been identified in the document listed above:

☒  Document contains multiple "s/" signatures without the required statement that the signatory other than the filer agrees to the form and substance of the document.

☒  Document contains a proposed order within the Stipulation of Dismissal. Proposed documents are not to be included within a document or filed on the docket. Proposed documents are to be emailed to the appropriate Judge for review.

### ACTION TAKEN BY CLERK'S OFFICE

☒  NONE

### ACTION REQUIRED BY FILER

☒  Proposed order should be emailed to the appropriate Judge.

Dated: December 12, 2013

NANCY J. ROSENSTENGEL, Clerk of Court

By: *s/ Caitlin Fischer*
Deputy Clerk